UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE



Eastern District of Kentucky
FILED
OCT 2 4 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.   INDICTMENT NO. 7:24-CR-18-DCR

ESTEVAN MICHAEL ANGELO BROOKS,
  aka SMURF

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about April 27, 2023, in Letcher County, in the Eastern District of Kentucky,

**ESTEVAN MICHAEL ANGELO BROOKS,
aka SMURF,**

did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectible amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2

On or about May 11, 2023, in Letcher County, in the Eastern District of Kentucky,

**ESTEVAN MICHAEL ANGELO BROOKS,
aka SMURF,**

did knowingly and intentionally distribute a mixture or substance containing a detectible

amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

███████████████

FOREPERSON

*[signature]*

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:**

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**COUNT 2:**

Not more than 20 years imprisonment, a fine of not more than $1,000,000, and at least 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.